Cite as 2021 Ark. 218
# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS CONTINUING LEGAL EDUCATION BOARD

**Opinion Delivered:** November 18, 2021

---

**PER CURIAM**

Katherine Campbell of Fayetteville is appointed to the Continuing Legal Education Board for a three-year term to expire on November 18, 2024. Ms. Campbell will be an at-large representative, position eight; she replaces Valerie Fortner of Little Rock whose term has concluded.

Daveante Jones of Little Rock is reappointed to the Continuing Legal Education Board for a three-year term to expire on November 18, 2024. Mr. Jones is an at-large representative, position seven.

Brandon Cogburn is reappointed to the Continuing Legal Education Board for a three-year term to expire on November 18, 2024. Mr. Cogburn represents the Fourth Congressional District.

The court extends its sincere appreciation to Ms. Campbell for accepting appointment to this important board and to Mr. Jones and Mr. Cogburn for accepting reappointment. The court also thanks Ms. Fortner for her years of dedicated service on this board.